

**IN THE
TENTH COURT OF APPEALS**

_____

**No. 10-19-00063-CV**

**IN RE SEAN L. OSBORNE**

_____

**Original Proceeding**

---

**MEMORANDUM  OPINION**

---

Relator Sean L. Osborne has filed a "Notice" that Real Party in Interest, Impact Fire Services, LLC, has removed the underlying case to federal court and that this original proceeding should therefore be dismissed.  We construe Osborne's "Notice" as a motion to dismiss this original proceeding.  *See* TEX. R. APP. P. 42.2(a).  The motion is granted, and this original proceeding is dismissed.  *See id.*


REX D. DAVIS
Justice

Before Chief Justice Gray,
     Justice Davis, and
     Justice Neill
Petition dismissed
Opinion delivered and filed March 13, 2019
[OT06]

